UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARION EDWARDS,<br><br>    Plaintiff,<br><br>    v.<br><br>ALAMEDA-CONTRA COSTA TRANSIT DISTRICT, et al.,<br><br>    Defendants. | Case No. 15-cv-05778-VC<br><br>**ORDER TO SHOW CAUSE** |

The plaintiff is ordered to show cause why the plaintiff and his counsel should not be sanctioned for failing to meet and confer in connection with the pre-trial filings and failing to properly set up the issues for adjudication at the pretrial conference. The plaintiff is ordered to file a written response to this Order by June 26, 2017. Defendants' response is due on July 3, 2017. The pretrial conference and trial dates are vacated.

Furthermore, plaintiff's counsel and defendants' counsel are ordered to come to court on Tuesday, July 11 at 9:00 AM, to meet and confer regarding the pretrial filings. The Courtroom Deputy will show counsel to the location where they will meet and confer, and counsel are ordered to return there each day until they have resolved all issues with the pretrial filings. Once the meet and confer is complete, the parties will re-file all pretrial papers. After that, the Court will schedule a case management conference to decide when to reschedule the pretrial conference and trial.

The Court will sanction the plaintiff and his counsel by requiring them to pay the costs and fees incurred by the defendants in coming to court to meet and confer over the pretrial filings, unless the plaintiff's response to the Order to Show Cause convinces the Court that the

plaintiff and his counsel are not responsible for the current situation.

**IT IS SO ORDERED.**

Dated: June 21, 2017

_____
VINCE CHHABRIA
United States District Judge