UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARION EDWARDS,<br><br>    Plaintiff,<br><br>v.<br><br>ALAMEDA-CONTRA COSTA TRANSIT DISTRICT, et al.,<br><br>    Defendants. | Case No. 15-cv-05778-VC<br><br>**ORDER TO SHOW CAUSE** |

The plaintiff's counsel, Na'il Benjamin, is ordered to show cause why he should not be sanctioned for failing to notify his client about today's case management conference and for failing to appear at the conference. Mr. Benjamin must file a written response to this order by December 13, 2018. A show cause hearing is set for December 20, 2018 at 10:00 a.m.

The defendants are ordered to personally serve both this order and the order setting the case management conference (Dkt. No. 168) on Mr. Edwards. The defendants must file both a declaration of service, and a declaration establishing the amount of money spent preparing for and attending today's case management conference, by December 10, 2018.

**IT IS SO ORDERED.**

Dated: December 4, 2018

VINCE CHHABRIA
United States District Judge