UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARION EDWARDS,<br><br>   Plaintiff,<br><br>  v.<br><br>ALAMEDA-CONTRA COSTA TRANSIT DISTRICT, et al.,<br><br>   Defendants. | Case No. 15-cv-05778-VC<br><br>**ORDER SANCTIONING THE PLAINTIFF'S COUNSEL** |

  The Court finds explicitly what was implicit but not properly articulated in the prior sanctions order: counsel for Mr. Edwards, Na'il Benjamin, acted recklessly and in bad faith in his representation of Mr. Edwards following entry of judgment and specifically in his handling of the defendants' efforts to obtain costs. Accordingly, pursuant to the Court's inherent authority and 28 U.S.C. § 1927, Mr. Benjamin is ordered to compensate the defendants $805.00, which represents the fees defense counsel reasonably incurred in preparing for the December 4, 2018 case management conference. He must pay the defendants within 21 days of this order and may not pass on the costs to his client.

  **IT IS SO ORDERED.**

Dated: May 26, 2020

                      VINCE CHHABRIA
                      United States District Judge